# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. COPE, | No. 4:12-CV-02382 |
| Plaintiff. | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| GRETCHEN BROSIUS, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 4th day of May 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 124, is **GRANTED.**

2. The Report and Recommendation of Magistrate Judge Martin C. Carlson, ECF No. 131, is **ADOPTED IN PART** and **REJECTED IN PART**, consistent with the accompanying Memorandum Opinion.

3. Defendants' Motion to Strike Plaintiff's Objections to the Magistrate Judge's Report and Recommendations, ECF No. 134, is **DENIED.**

4. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge